IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE LEE IVERSON                                                           PLAINTIFF

v.                              No. 5:15-cv-114-DPM

MINE SAFETY APPLIANCES COMPANY;
3M COMPANY; AMERICAN OPTICAL
CORPORATION                                                                 DEFENDANTS

ORDER

Joint notice of dismissal, № 32, noted. All of Iverson's claims against 3M Company are dismissed without prejudice. All cross-claims by, and against, 3M Company are dismissed without prejudice. 3M Company is no longer a party to this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 October 2015