IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILLIE LEE IVERSON**                                                                 PLAINTIFF

v.                                      No. 5:15-cv-114-DPM

**MINE SAFETY APPLIANCES COMPANY; and
AMERICAN OPTICAL CORPORATION**                              DEFENDANTS

ORDER

Joint stipulation of dismissal, № 34, noted. All of Iverson's claims against Mine Safety Appliances Company and American Optical Corporation are dismissed without prejudice. All cross-claims by, and against, Mine Safety Appliances Company and American Optical Corporation are dismissed without prejudice. No defendants remain. The amended complaint will be dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_6 November 2015_