IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE LEE IVERSON                                                              PLAINTIFF

v.                           No. 5:15-cv-114-DPM

MINE SAFETY APPLIANCES COMPANY;
3M COMPANY; DOES, John and Jane, 1–500;
JOHN DOE CORPORATIONS, 1–500; and
AMERICAN OPTICAL CORPORATION                                        DEFENDANTS

JUDGMENT

The amended complaint is dismissed without prejudice. All cross-claims are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 November 2015